No. 84–5073. MACK *v.* W. R. GRACE & CO. ET AL. Appeal from D. C. N. D. Ga. dismissed for want of jurisdiction. Treat-

ing the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.